**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SANAA TAGHI, individually and on behalf of herself and all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>VAN RU CREDIT CORPORATION,<br><br>     Defendant. | Civil Action No. 1:15-cv-10605-FDS |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Sanaa Taghi, and Defendant Van Ru Credit Corporation (collectively, the "Parties"), by counsel, hereby notify the Court that the Parties have agreed to settle the matters at issue between them in the present action on an individual (i.e., not class-wide) basis. The Parties are in the process of reducing their agreement to writing and upon finalization and execution of the settlement document(s), the parties will file an appropriate stipulation of dismissal.

In light of the agreed settlement, the Parties, by counsel, respectfully request that the Court enter an order staying all deadlines currently set forth in the Court's Scheduling Order (ECF No. 17), including vacating the order to attend the telephonic status conference currently scheduled to occur on October 30, 2015 at 2:10 p.m.

Dated:  October 14, 2015

**SANAA TAGHI, individually and on behalf of herself and all others similarly situated**

By: _____*Kevin Crick*_____

Kevin Crick, Esq.
Consumer Rights Law Firm, PLLC
133 Main St., Second Floor
North Andover, MA 01845
Telephone: (978) 420-4747
Fax: (888) 712-4458
Email: kevinc@consumerlawfirmcenter.com

Attorney for Plaintiff Sanaa Taghi

**VAN RU CREDIT CORPORATION**

By:_____*Ben Dunlap*_____
Kevin G. Kenneally (BBO # 550050)
Ben N. Dunlap (BBO# 661648)
LeClairRyan, *A Professional Corporation*
One International Place, 11th Floor
Boston, MA  02110-2602
Telephone: (617) 502-8205
Fax: (617) 502-8255
Email: Kevin.Kenneally@leclairryan.com
Email:  Ben.Dunlap@leclairryan.com

David Anthony, Esq. (admitted pro hac vice)
Ethan G. Ostroff, Esq. (admitted pro hac vice)
Troutman Sanders, LLP
222 Central Park Avenue, Suite 2000,
Virginia Beach, VA 23462
Telephone: (757) 687-7541
Fax: (757) 687-1541
Email: David.Anthony@troutmansanders.com
Email: Ethan.Ostroff@troutmansanders.com

Attorneys for Defendant Van Ru Credit Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2015, I electronically filed the within and foregoing *Joint Notice of Settlement* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following parties to this matter via electronic notification or otherwise:

**Counsel for Plaintiff**
Kevin V. K. Crick, Esq.
BBO: 680950
Consumer Rights Law Firm, PLLC
133 Main St., Second Floor
North Andover, Massachusetts 01845
Telephone: (978) 420-4747
Facsimile: (978) 409-1486
E-mail: kevinc@consumerlawfirmcenter.com


/s/_____*Ben Dunlap*_____


*Attorney for Defendant*

27304662v1